LEWIS H. GOLDY, APPELLANT, v. OTTO JAEGER, CHARLES SIMON, JR., AND THOMAS B. McGUIRE, PARTNERS, TRADING AS THE NORTH JERSEY MOTORS CORPORATION, RESPONDENTS.

Submitted March 24, 1924—Decided May 19. 1924.

The judges being equally divided on the question whether the judgment should be reversed, the judgment is affirmed solely because of such division, which renders any opinion by the court impossible.

On appeal from the Passaic County Circuit Court.

Plaintiff sued defendant in an action at law in the Passaic County Circuit Court. The amended complaint contained two counts. Plaintiff abandoned the first one, and the judge, on motion, struck out the second count and entered judgment for defendants.

For the appellant, *Merritt Lane* and *Filbert L. Rosenstein*.

For the respondents, *Ward & McGinnis* and *John O. Benson*.

PER CURIAM.

The judgment under review herein is affirmed by an equally divided court.

*For affirmance*—THE CHIEF JUSTICE, MINTURN, KALISCH, KATZENBACH, CAMPBELL, WHITE, CLARK, McGLENNON, JJ.  8.

*For reversal*—THE CHANCELLOR, TRENCHARD, PARKER, BLACK, LLOYD, GARDNER, VAN BUSKIRK, KAYS, JJ.  8.